**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
e-mail: thimesch@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCESS CRUISE LINES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. C05-03076 BZ<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST TO ENLARGE SCHEDULING ORDER TO POSSIBLE JOINDER AND/OR AMENDMENT OF THE COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>**Case Management Conference:**<br>Date:    November 28, 2005<br>Time:    4:00 PM<br>Place:   Courtroom G<br>           Hon. Bernard Zimmerman |

**YOUR HONOR:**

This is a request to enlarge the Scheduling Order by 90 days. No defendants have appeared. Plaintiff seeks additional time to amend the complaint.

This is an action under the ADA and California law alleging that the facilities of defendants' Alaska-bound vessel as well as policies preclude full and equal enjoyment of the cruise. Of particular importance is the allegation that defendants' disallow the disabled to disembark on trips bound for Sitka.

As such, this case will present complex jurisdictional facts involving a foreign flag vessel and resolution of California versus maritime law. Motions on the pleadings are anticipated. An amended complaint should simplify and/or avoid this process.

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235

Plaintiff's Request to Enlarge Scheduling Order By 90 Days and Order:
Case No. C05-03076 BZ

1     Therefore, plaintiff requests an enlargement of the Scheduling Order as follows:

2 1. Enlarge the last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan from November 7, 2005 to .......................................................... February 7, 2006

3

4 2. Enlarge the last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report from November 21, 2005 to ............................................................................... February 20, 2006

5

6

7 3. Set the Case Management Conference for ....................... February 27, 2006, 4 PM

8 Dated: January 24, 2005      Respectfully,

Thimesch Law Offices
TIMOTHY S. THIMESCH

_____
Attorneys for Plaintiffs

**ORDER**

SO ORDERED.

Dated: November 28, 2005

_____
HON. BERNARD ZIMMERMAN
Magistrate Judge of U.S. District Court

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

---

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235

**Plaintiff's Request to Enlarge Scheduling Order By 90 Days and Order: Case No. C05-03076 BZ**

— 2 —