**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
e-mail: thimesch@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS, | CASE NO. C05-03076 BZ |
| | Civil Rights |
| Plaintiff, | |
| v. | **PLAINTIFF'S SECOND REQUEST TO ENLARGE SCHEDULING ORDER; [Proposed] ORDER** |
| PRINCESS CRUISE LINES, et al., | |
| Defendants. | **Case Management Conference:** |
| | Date: March 6, 2006 |
| | Time: 4:00 PM |
| | Place: Courtroom G |
| | Hon. Bernard Zimmerman |

**YOUR HONOR:**

This is a second request to enlarge the Scheduling Order, this time by 60 days. No defendants have appeared. Plaintiff seeks additional time to affect service.

As plaintiff previously advised the Court, this is an action under the ADA and California law alleging that the facilities of defendants' Alaska-bound vessel, as well as its policies, preclude full and equal enjoyment of the cruise. Of particular importance is the allegation that defendants' disallow the disabled to disembark on trips bound for Sitka, Alaska.

As such, this case will present complex inter-jurisdictional facts involving a foreign flag vessel and resolution of California versus maritime law. Motions on the pleadings are anticipated. This is plaintiff's second request for enlargement. At the time of the first request, plaintiff anticipated the necessity of amending the complaint to address these potential issues.

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235

Plaintiff's Second Request to Enlarge Scheduling Order By 60 Days and Order:
Case No. C05-03076 BZ

Plaintiff has now carefully performed her research and elects at this stage to stand on the pleadings pending such motions, and will complete service on the corporate agent for Princess Cruise Lines on an expedited basis and no later than March 3, 2006.

Therefore, plaintiff requests an enlargement of the Scheduling Order as follows:

1. Enlarge the last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan from February 7, 2006 to .................................................................... April 7, 2006

2. Enlarge the last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report from February 20, 2006 to ...................................................................... April 17, 2006

3. Set the Case Management Conference for ........................... April 24, 2006, 4 PM

Dated: January 24, 2005

Respectfully,

**Thimesch Law Offices**
TIMOTHY S. THIMESCH

/s/
Attorneys for Plaintiffs

**ORDER**

SO ORDERED.

Dated: March 2, 2006

_____
HON. 
Magistrate

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**Plaintiff's Second Request to Enlarge Scheduling Order By 60 Days and Order:**
**Case No. C05-03076 BZ**

— 2 —