1  **KAYE, ROSE & PARTNERS, LLP**
   Lawrence W. Kaye  (SBN 086218)
2  Ronald K. Losch (SBN 98170)
   Aksana Moshaiv  (SBN 190125)
3  425 California Street, Suite 2025
   San Francisco, CA 94104-2213
4  Tel: 415.433.6555
   Fax: 415.433.6577
5  E-Mail: rlosch@kayerose.com
   Attorneys for Defendant
6  PRINCESS CRUISE LINES LTD.

7

8                UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KATHLEEN EDWARDS,              )  Case No.    C 05-03076 BZ
                                  )
12            Plaintiff,          )  ~~(PROPOSED)~~ ORDER
                                  )
13     vs.                        )
                                  )
14 PRINCESS CRUISE LINES LTD., and)
   DOES 1 - 30, Inclusive,        )
15                                )
              Defendants.         )  Complaint Filed: July 28, 2005
16                                )
   _____)
17

18        PURSUANT TO STIPULATION IT IS ORDERED:

19        1.   The last day to meet and confer re initial disclosures, early settlement, ADR process

20 selection and discovery plan shall be enlarged from April 7, 2006 to May 8, 2006.

21        2.   The last day to complete initial disclosures or state objection in Rule 26(f) Report,

22 file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be enlarged from April

23 17, 2006 to May 17, 2006.

24 //

25 //

26 //

27 //

28 //

---

                                -1-                              Case No. C 05-03076
                          (PROPOSED) ORDER

1 |       3.    The Case Management Conference shall be held on ~~May 22, 2006~~ or

2 | __June 12,_____ 2006, in Courtroom G, 15th Floor, 450 Golden Gate Ave, San Francisco, CA at

3 | 4:00 p.m.

4 | DATED: April __17__, 2006

                              BY: _____
                              HON. BERNARD ZIMMERMAN
                              Magistrate Judge
                              U.S. District Court, Northern District of California

*[Stamp: IT IS SO ORDERED / Judge Bernard Zimmerman / signed]*
*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

-2-  
(PROPOSED) ORDER           Case No. C 05-03076