UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN EDWARDS, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C 05-3076 BZ |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| PRINCESS CRUISE LINES, LTD., | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff having filed a motion for new trial and clarification or, in the alternative, relief from the court's judgment, **IT IS HEREBY ORDERED** that the motion shall be heard on **January 10, 2007**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition shall be filed no later than **December 6, 2006**.  Any reply shall filed no later than **December 13, 2006**.  **IT IS FURTHER ORDERED** that defendant's motion for attorneys' fees and costs is removed from calendar until plaintiff's motion is resolved.

DATED: November 20, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\edwards\sch.order.2.wpd

1