UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN EDWARDS,  )
                   )
     Plaintiff(s), )    No. C 05-3076 BZ
                   )
     v.            )    **ORDER NOTICING ISSUE FOR**
                   )    **CONSIDERATION**
PRINCESS CRUISE LINES, LTD.,)
                   )
     Defendant(s). )
_____)

Having reviewed plaintiff's motion for new trial, etc., **IT IS HEREBY ORDERED** that the parties address in their future filings whether application of the Rule 59(a) standard is appropriate where, as here, the underlying adjudication is rendered on summary judgment. See, e.g., <u>Ericsson, Inc. v. Continental Promotion Group, Inc.</u>, 2006 WL 1794750 (D. Ariz. June 27, 2006).

DATED: November 22, 2006.

                                       Bernard Zimmerman
                               United States Magistrate Judge

G:/BZALL/-BZCASES/EDWARDS/ORDER.NOTICING.ISSUE.wpd

1