UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN EDWARDS,           )
                            )
        Plaintiff(s),       )   No. C05-3076 BZ
                            )
    v.                      )   **ORDER SCHEDULING**
                            )   **JURY TRIAL AND**
PRINCESS CRUISE LINES, LTD, )   **PRETRIAL MATTERS**
                            )
                            )
        Defendant(s).       )
                            )
_____)

Following the Case Management Conference, **IT IS HEREBY ORDERED** that:

1. <u>DATES</u>

Trial Date: **Monday, 3/14/2011, 6 days**

Pretrial Conference: **Tuesday, 2/22/2011, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 12/15/2010**

Last Day for Expert Discovery: **Friday, 11/5/2010**

Last Day for Rebuttal Expert Disclosure: **Friday, 10/29/2010**

Last Day for Expert Disclosure: **Friday, 10/22/2010**

Close of Non-expert Discovery: **Friday, 10/15/2010**

Plaintiff to disclose list of vessels she wants to examine:

1

**Monday, 5/17/2010**

Defendant to disclose schedules of the vessels: **Monday, 5/24/2010**

2.  SETTLEMENT

   This case is referred for assignment to a Magistrate Judge to conduct a settlement conference in **October of 2010**. Counsel will be contacted by that judge's chambers with a date and time for the conference.

Dated: May 11, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EDWARD V. PRINCESS CRUISE LINES\PRETRIAL ORDER.wpd