Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq., No. 148213
GENE A. FARBER, ESQ. (No. 44215)  Of Counsel
158 Hilltop Crescent
Walnut Creek, CA  94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

Attorneys for Plaintiff
KATHLEEN EDWARDS

KAYE, ROSE & PARTNERS, LLP
Bradley M. Rose, Esq. (126281)
Aksana Moshaiv, Esq. (190125)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-1200 2
Facsimile: (310) 277-1220
Email: brose@kayerose.com
Email: amoshaiv@kayerose.com

Attorneys for Defendant
PRINCESS CRUISE LINES,LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN EDWARDS,

   Plaintiff,

v.

PRINCESS CRUISE LINES, et al.,

   Defendants.
_____/

CASE NO. C05-03076 BZ
Civil Rights

**STIPULATION AND [Proposed] ORDER FOR REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR A JUDICIAL SETTLEMENT CONFERENCE**

Previously, the Court referred this matter to a Settlement Conference, which was randomly set to occur on November 5, 2010 before the Honorable Maria Elena James. However, the conference was cancelled due to an unexpected calendar conflict, and the parties have had some difficulty finding a new date that is available to all.  To expedite the resolution of this matter, the parties have secured, subject to Court approval, a new tentative date on Magistrate Judge Elizabeth Laporte's calendar for ~~January 6, 2011~~ **January 7, 2011**, for which all Parties are available.  The Parties hereby request that the Court refer this

---
STIPULATION AND [Proposed] ORDER FOR REFERRAL TO MAGISTRATE
JUDGE LAPORTE FOR A JUDICIAL SETTLEMENT CONFERENCE

1  matter to Judge Laporte for this purpose.

2      SO STIPULATED.

3

4  Dated: October 21, 2010    THIMESCH LAW OFFICES
    TIMOTHY S. THIMESCH

5

6      /s/ Signature Authorized
    Attorneys for Plaintiff
7      KATHLEEN EDWARDS

8  Dated: October 21, 2010    KAYE, ROSE & PARTNERS, LLP
    AKSANA MOSHAIV

9

10

11      /S/ Signature Authorized
    Attorneys for Defendant
    PRINCESS CRUISE LINES

12

13      **ORDER**

14      SO ORDERED.

15

16  Dated: November 1, 2010

17      HON. BERNARD ZIMMERMAN
    MAGISTRATE JUDGE
18      U.S. DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

STIPULATION AND [Proposed] ORDER FOR REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR A JUDICIAL SETTLEMENT CONFERENCE – 2 –