**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
Email: tim@thimeschlaw.com

Attorneys for Plaintiff
KATHLEEN EDWARDS

KAYE, ROSE & PARTNERS, LLP
BRADLEY M. ROSE, ESQ. (126281)
AKSANA MOSHAIV, ESQ. (190125)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-1200 2
Facsimile: (310) 277-1220
Email: brose@kayerose.com
Email: amoshaiv@kayerose.com

RONALD K. LOSCH, ESQ.
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone No.: 415-433-6555
Facsimile No.: 415-433-6577
Email: rlosch@kayerose.com

Attorneys for Defendant PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS, | CASE NO. C05-03076-BZ |
| Plaintiff, | Civil Rights |
| v. | |
| PRINCESS CRUISE LINES, LTD., and DOES 1 through 15, Inclusive, | **SECOND STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE SCHEDULING ORDER DATES AND DISCOVERY RESTRICTIONS** |
| Defendants. | |

**TO THE COURT:**

Recently, and at the joint request of the parties, the

1  Court continued the trial and Scheduling Order deadlines by 60
2  days to accommodate a November 5, 2010 Settlement Conference
3  that was scheduled before Magistrate Judge Laporte.  However,
4  recently, and due to the unexpected availability of the
5  Magistrate Judge, the parties were advised that the Conference
6  need to be continued to January 7, and, even more recently,
7  they advised again that the conference needs to be continued to
8  an as of yet undetermined date. Therefore, the parties request
9  another approximate 90-day continuance of trial and scheduling
10 order dates to accommodate the rescheduling of the Settlement
11 Conference, and to provide the parties space to balance ongoing
12 discovery efforts with the effort to reach stipulations of fact
13 and reduction of issues for trial.  The parties will utilize
14 their best efforts to resolve the matter at the Settlement
15 Conference.    At   the   very   least,   the   conference   should
16 significantly reduce the claims and issues required for trial.
17 Therefore, the parties seek the following new deadlines:
18      Non-Expert Discovery Close:          March 15, 2011
19      Expert Disclosure Due:               March 22, 2011
20      Last Day for Rebuttal Expert
21         Disclosures:                      March 29, 2011
22      Expert Discovery Deadline:           April 5, 2011
23      Last Day to Hear Dispositive
24         Motions:                          May ~~16~~ 4, 2011
25      ~~Final Pretrial Conference:         July 22, 2011 at 4PM~~
26      ~~Last Day to Meet and Confer~~
27      ~~Jury Trial:                        August 3, 2011 at 9AM~~
28 ////

**SO STIPULATED.**

Dated: November 30, 2010                TIMOTHY S. THIMESCH

*/s/ Tim Thimesch*
Attorneys for Plaintiff
KATHLEEN EDWARDS

Dated:   November 30, 2010              KAYE, ROSE & PARTNERS, LLP
                                        BRADLEY M. ROSE, ESQ.
                                        AKSANA MOSHAIV, ESQ.

                                        RONALD K. LOSCH, ESQ.
                                        KAYE, ROSE & PARTNERS, LLP


                                        By:  /s/  SIGNATURE AUTHORIZED
                                            Attorneys for Defendant
                                            PRINCESS CRUISE LINES, LTD.

**ORDER**

**IT IS SO ORDERED.**

**Status conference to follow dispositive motion hearing and set new trial date if necessary.**

Date: December 1, 2010

*/s/ Bernard Zimmerman*
HON. BERNARD ZIMMERMAN
MAGISTRATE JUDGE
U.S. District Court