Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
Email: tim@thimeschlaw.com

Attorneys for Plaintiff
KATHLEEN EDWARDS

KAYE, ROSE & PARTNERS, LLP
BRADLEY M. ROSE, ESQ. (126281)
AKSANA MOSHAIV, ESQ. (190125)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-1200 2
Facsimile: (310) 277-1220
Email: brose@kayerose.com
Email: amoshaiv@kayerose.com

RONALD K. LOSCH, ESQ.
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone No.: 415-433-6555
Facsimile No.: 415-433-6577
Email: rlosch@kayerose.com

Attorneys for Defendant PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS, | CASE NO. C05-03076-BZ |
| Plaintiff, | Civil Rights |
| v. | |
| PRINCESS CRUISE LINES, LTD., and DOES 1 through 15, Inclusive, | **THIRD STIPULATION AND** ~~PROPOSED~~ **ORDER TO ENLARGE SCHEDULING ORDER DATES AND DISCOVERY RESTRICTIONS** |
| Defendants. | |

**TO THE COURT:**

In its Order of December 1, 2010 (CD 98), this Court

1  granted the second request of the Parties for an enlargement of
2  the Scheduling Order Dates, this time by approximately 90 days
3  to accommodate their efforts at a prescheduled Settlement
4  Conference before Magistrate Judge Laporte.  Such Settlement
5  Conference was held on January 28, 2011, and the Parties are
6  pleased to report that, thanks to the efforts of the Magistrate
7  Judge, they have narrowed the issues for further discussion.
8  The Parties are taking back to their marine architects several
9  issues for a detailed review and evaluation.  The Parties plan
10 to have that review and a final determination made by the time
11 of the further Settlement Conference set before Magistrate
12 Judge Laporte for March 23, 2011, at which time they will
13 attempt to reach a full and final settlement of all claims,
14 injunctive and monetary.
15     Accordingly, and to facilitate these ongoing efforts while
16 managing the litigation expenses of discovery, the Parties ask
17 for the Court's further indulgence through a third enlargement
18 of the Scheduling Order dates by approximately 120 days, or as
19 follows:
20     Non-Expert Discovery Close:      July 15, 2011
21     Expert Disclosure Due:           July 22, 2011
22     Last Day for Rebuttal Expert
23         Disclosures:                 August 1, 2011
24     Expert Discovery Deadline:       August 12, 2011
25     Last Day to Hear Dispositive
26         Motions:                     September 16, 2011
27 ////
28

**SO STIPULATED.**

Dated: February 4, 2011         TIMOTHY S. THIMESCH

                                /s/  SIGNATURE AUTHORIZED
                                Attorneys for Plaintiff
                                KATHLEEN EDWARDS


Dated:  February 4, 2011        KAYE, ROSE & PARTNERS, LLP
                                BRADLEY M. ROSE, ESQ.
                                AKSANA MOSHAIV, ESQ.

                                RONALD K. LOSCH, ESQ.
                                KAYE, ROSE & PARTNERS, LLP

                                By:  /s/  AKSANA MOSHAIV
                                   Attorneys for Defendant
                                   PRINCESS CRUISE LINES, LTD.


**ORDER**

**IT IS SO ORDERED.**   Last day for dispositive motions - Sept. 21, 2011 at 10:00 a.m

_____.

Date:  February 7, 2011         _____
                                HON. BERNARD ZIMMERMAN
                                MAGISTRATE JUDGE
                                U.S. District Court