**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
Email: tim@thimeschlaw.com

Attorneys for Plaintiff
KATHLEEN EDWARDS

KAYE, ROSE & PARTNERS, LLP
BRADLEY M. ROSE, ESQ. (126281)
AKSANA MOSHAIV, ESQ. (190125)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-1200 2
Facsimile: (310) 277-1220
Email: brose@kayerose.com
Email: amoshaiv@kayerose.com

RONALD K. LOSCH, ESQ.
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone No.: 415-433-6555
Facsimile No.: 415-433-6577
Email: rlosch@kayerose.com

Attorneys for Defendant PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN EDWARDS, | CASE NO. C05-03076-BZ |
|---|---|
| Plaintiff, | Civil Rights |
| v. | |
| PRINCESS CRUISE LINES, LTD., and DOES 1 through 15, Inclusive, | **STIPULATED REQUEST AND [Proposed] ORDER TO CANCEL FURTHER SETTLEMENT CONFERENCE** |
| Defendants. | **Conference:** March 23, 2011 9:30 AM |

**TO THE MAGISTRATE JUDGE LAPORTE:**

The parties have meet and conferred about their respective

1  settlement positions and do not believe the Further Settlement
2  Conference will be productive at this time.  They respectfully
3  request that the proceeding scheduled for March 23, 2011 be
4  taken off calendar.
5      **SO STIPULATED.**
6
7  Dated: March 18, 2011    TIMOTHY S. THIMESCH
8
    By: /s/ SIGNATURE AUTHORIZED
9      Attorneys for Plaintiff
    KATHLEEN EDWARDS
10
11 Dated:  March 18, 2011    KAYE, ROSE & PARTNERS, LLP
    BRADLEY M. ROSE, ESQ.
12     AKSANA MOSHAIV, ESQ.
13     RONALD K. LOSCH, ESQ.
14     KAYE, ROSE & PARTNERS, LLP
15
    By: /s/ SIGNATURE AUTHORIZED
16     Attorneys for Defendant
    PRINCESS CRUISE LINES, LTD.
17
18     **ORDER**
19  **IT IS SO ORDERED.**
20
21  _____.
22
23  Date: 03/21/2011
24  HON.
   MAG.
25     U.S.
   Judge Elizabeth D. Laporte
26
27
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA 94597
(925) 588-0401

**Stipulated Request to Cancel Settlement Conference: Case No. C05-03076-BZ**   2