UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS, ) | |
| ) | |
| Plaintiff(s), ) | No. C05-3076 BZ |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING DISCOVERY** |
| PRINCESS CRUISE LINES, LTD, ) | **CONFERENCE** |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

Having received defendant's request for a telephone conference (Docket No. 107) **IT IS ORDERED** as follows:

1. The plaintiff shall respond by **Monday, April 11, 2011.**

2. A telephone conference to discuss this dispute is scheduled for **Monday, April 18, 2011 at 10:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

3. Whoever has the record of the meet and confer session with respect to this dispute shall lodge a copy with chambers

1

by **noon, Monday, April 11, 2011.**

Dated: April 7, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EDWARD V. PRINCESS CRUISE LINES\ORDER SCHED TELEPHONE CONFERENCE.wpd

2