UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EDWARDS, | |
| Plaintiff(s), | No. C05-3076 BZ |
| v. | ORDER SETTING STATUS CONFERENCE |
| PRINCESS CRUISE LINES, LTD, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that a status conference in this matter is set for **May 23, 2011** at **4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 18, 2011

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EDWARD V. PRINCESS CRUISE LINES\ORDER SETTING STATUS CONFERENCE.wpd

1