# Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452

PHONE 925/588-0401
FAX 888/210-8868

May 23, 2011

**BY ECF FILING**

HON. BERNARD ZIMMERMAN
U.S. DISTRICT COURT
Courtroom G, 15TH Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  Edwards v. Princess Cruise Lines, et al.
U.S. District Court Case No. C05-03076 BZ
**Plaintiff's Request to Appear by Telephone for the Status Conference**

Dear Judge Zimmerman:

I request to appear by telephone for tomorrow's (5/24's) Status Conference at 4 PM. There is good cause. I am presently engaged in a 3-day mediation before Howard Herman in the case of Paulick v. Ritz-Carlton Half Moon Bay, et al., Case No. CV-10-4107-CRB, with the second day of the proceeding (on 5/24) scheduled to occur at the subject hotel site in Half Moon Bay. If allowed to appear by telephone, I will secure a land-line.

Sincerely,

TIMOTHY S. THIMESCH

cc:  All Counsel

**GRANTED**
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 5/24/2011

Counsel shall call the courtroom deputy, Ada Means, at 415-522-2015 and advise her of the number to call him at. This shall be done in advance of the 4:00 p.m. hearing.