1  TIMOTHY S. THIMESCH, ESQ. (No. 148213)
   tim@thimeschlaw.com
2  158 Hilltop Crescent
   Walnut Creek, California  94597-3452
3  Telephone (Direct):  (925) 588-0401
   Facsimile:     (888) 210-8868
4
5  Attorneys for Plaintiff
   KATHLEEN EDWARDS
6
   [Defense Counsel listed on next page.]
7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 | KATHLEEN EDWARDS, | CASE NO. C05-03076 BZ |

11 | Plaintiff, | Civil Rights |

12 | vs. | **STIPULATION TO DISMISS** |

13 | PRINCESS CRUISE LINES, LTD.,
   | and DOES 1 through 15, Inclusive, | Judge:       Hon. Bernard Zimmerman
14 |                                    | Department:  Courtroom G, 15th Floor
15 | Defendants. | Complaint Filed:    July 8, 2005 |

Case No. C05-03076 BZ

| | |
|---|---|
| 1 | BRADLEY M. ROSE, ESQ. (SB# 126281) |
| | brose@kayerose.com |
| 2 | AKSANA MOSHAIV, ESQ. (SB# 190125) |
| | amoshaiv@kayerose.com |
| 3 | KAYE, ROSE & PARTNERS, LLP |
| | 1801 Century Park East, Suite 1500 |
| 4 | Los Angeles, California  90067 |
| | Telephone:   (310) 277-12002 |
| 5 | Facsimile:    (310) 277-1220 |
| 6 | |
| | RONALD K. LOSCH, ESQ. |
| 7 | rlosch@kayerose.com |
| | KAYE, ROSE & PARTNERS, LLP |
| 8 | 425 California Street, Suite 2025 |
| | San Francisco, California  94104 |
| 9 | Telephone:   (415) 433-6555 |
| | Facsimile:    (415) 433-6577 |
| 10 | |
| 11 | NANCY L. ABELL (SB# 088785) |
| | nancyabell@paulhastings.com |
| 12 | FELICIA A. DAVIS (SB# 266523) |
| | feliciadavis@paulhastings.com |
| 13 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street, Twenty-Fifth Floor |
| 14 | Los Angeles, California  90071-2228 |
| | Telephone:   (213) 683-6000 |
| 15 | Facsimile:    (213) 627-0705 |
| 16 | |
| | Attorneys for Defendant |
| 17 | PRINCESS CRUISE LINES, LTD. |

Case No. C05-03076 BZ                               1

Stipulation to Dismiss

TO THE COURT:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the Parties hereby stipulate to the dismissal of this action.

SO STIPULATED.

Dated: August 30, 2011    TIMOTHY S. THIMESCH

I, Timothy S. Thimesch, attest that concurrence in the filing of this document has been obtained from Plaintiff and each of the other signatories

/s/    SIGNATURE AUTHORIZED
Attorneys for Plaintiff
KATHLEEN EDWARDS

Dated: August 30, 2011    NANCY L. ABELL
FELICIA A. DAVIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    /s/ NANCY L. ABELL
Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

Dated: August 30, 2011    BRADLEY M. ROSE, ESQ.
AKSANA MOSHAIV, ESQ.
KAYE, ROSE & PARTNERS, LLP

RONALD K. LOSCH, ESQ.
KAYE, ROSE & PARTNERS, LLP

By:    /s/ BRADLEY ROSE
Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

All deadlines are terminated and the Clerk shall close the file.

Dated: 8/31/2011

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA